United States District Court
District of New Jersey

| | | |
|---|---|---|
| UNITED STATES | : | Hon. Michael Hammer |
| | : | |
| v. | : | **CRIMINAL COMPLAINT** |
| | : | |
| JASON PEREZ | : | Magistrate No. 11- 4118 |

I, Michael Caporale, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about November 9, 2011, in Hudson County, in the District of New Jersey and elsewhere, defendant did:

**SEE ATTACHMENT A**

I further state that I am a Special Agent with the Drug Enforcement Administration and that this complaint is based on the following facts:

**SEE ATTACHMENT B**

Michael Caporale, Special Agent
Drug Enforcement Administration

Sworn to before me and subscribed in my presence,

November 15, 2011 at Newark, New Jersey
Date City and State

Hon. Michael Hammer
United States Magistrate Judge

Signature of Judicial Officer

## ATTACHMENT A

### COUNT I

On or about November 9, 2011 , in Hudson County, in the District of New Jersey and elsewhere, defendant

JASON PEREZ

did knowingly and willfully possess with intent to distribute a quantity of a mixture or substance containing a detectable amount of marijuana a schedule I controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and 841 (b)(1)(C).

### COUNT II

On or about November 9, 2011, in Hudson County, in the District of New Jersey and elsewhere, defendant

JASON PEREZ

having been convicted of a crime punishable by imprisonment for a term exceeding one year in a court in the State of Pennsylvania did knowing possess in and affecting commerce a firearm, namely a HS 2000 bearing serial number 33403.

In violation of Title 18, United States Code, Section 922 (g)(1).

## ATTACHMENT B

I, Michael Caporale, am a Special Agent with the Drug Enforcement Administration. Based upon my investigation and my discussions with other individuals involved in this investigation, I have knowledge of the following facts:

1. On or about November 9, 2011 pursuant to an outstanding arrest warrant law enforcement went to the home of Jason Perez which is located at 324 69th Street Guttenberg, New Jersey. Before law enforcement entered the location, they smelled a strong odor of marijuana emanating from the residence.

2. Upon entering the location, law enforcement observed several pounds of what they believed to be marijuana, along with several bundles of Unites States Currency, in plain view, secured with rubber bands in a manner, which based on my training and experience, is consistent with money received as proceeds from narcotics transactions. The marijuana was secured and based upon my training and experience, as well as examining the appearance, texture and odor of the substance I concluded that it was marijuana.

3. After receiving written and oral consent from Jason Perez to search his home, law enforcement found additional sums of United States Currency as well as a loaded firearm namely a HS 2000 firearm inside of the residence. Based upon my training and experience a HS 2000 firearm is manufactured outside of the state of New Jersey.

4. An investigation into the criminal history of Jason Perez revealed that at this time of this incident he was on supervised release stemming of a felony narcotics related conviction in the Middle District of Pennsylvania.